# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

367

CAF 14-01629

PRESENT: CENTRA, J.P., PERADOTTO, DEJOSEPH, CURRAN, AND SCUDDER, JJ.

IN THE MATTER OF HAROLD C., JR.
-------------------------------------------
ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES,                         ORDER
PETITIONER-RESPONDENT;

ARIELLE B., RESPONDENT-APPELLANT.


DAVID J. PAJAK, ALDEN, FOR RESPONDENT-APPELLANT.

NICHOLAS G. LOCICERO, BUFFALO, FOR PETITIONER-RESPONDENT.

AUDREY ROSE HERMAN, ATTORNEY FOR THE CHILD, KENMORE.

---

Appeal from an order of the Family Court, Erie County (Margaret O. Szczur, J.), entered August 22, 2014 in a proceeding pursuant to Family Court Act article 10. The order directed that respondent receive mental health treatment at Mid-Erie Treatment Services.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.


Entered: March 24, 2017                              Frances E. Cafarell
                                                      Clerk of the Court